1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   KENNETH HILL,
11            Petitioner,                  No. CIV S-09-2761 KJM P
12       vs.
13   J. WALKER,
14            Respondent.                  ORDER
15   _____/
16            Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of
17   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma
18   pauperis.
19            Examination of the in forma pauperis application reveals that petitioner is unable
20   to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be
21   granted. See 28 U.S.C. § 1915(a).
22            Since petitioner may be entitled to relief if the claimed violation of constitutional
23   rights is proved, respondents will be directed to file a response to petitioner's habeas petition.
24            Petitioner has requested the appointment of counsel. There currently exists no
25   absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d
26   453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

1. Petitioner's application to proceed in forma pauperis (Docket No. 2) is granted;

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fourteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General; and

6. Petitioner's request for appointment of counsel (Docket No. 3) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: April 27, 2010.

_____
U.S. MAGISTRATE JUDGE

4/md
hill2761.100+110